UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| ADAM CORNWELL, | ) |
| PLAINTIFF | ) CASE NO. 3:21-CV-00270-DJH-CHL |
| v. | ) |
| UNKNOWN OFFICERS AT KENTUCKY STATE REFORMATORY | ) |
| DEFENDANTS | ) *ELECTRONICALLY FILED* |

## STATUS REPORT

*********

Come the Plaintiff, by counsel as guardian ad litem, and hereby submits the following status report:

The undersigned Counsel previously tendered a status report to this Court on April 14, 2022. Since that time, Counsel has spoken with Mr. Cornwell about the possible of retention of Belzley, Bathurst & Bently should the firm decide to enter into an attorney-client relationship based on the underlying allegations and its investigation, to which he was amenable.

Counsel has had signed and tendered a General Release of Information Authorization on behalf of Adam Cornwell, mailing the original notarized document to Belzley, Bathurst, & Bently, so that they could obtain the necessary Kentucky Department of Corrections records for Mr. Cornwell. Belzley, Bathurst & Bently is still conducting its preliminary investigation and has not communicated its findings to Counsel. Counsel intended to follow-up with Greg Belzley last week, but has been recovering from a bout of Covid-19 and was unable to make contact. If this Court

sets a status conference prior to August, Mr. Cornwell's release date, the undersigned will follow-up with Mr. Belzley.

The undersigned will continue to schedule meetings with Mr. Cornwell to ensure his rights are not further violated. The undersigned notes that upon her conversations with Mr. Cornwell, he does not reference the communications from Mr. Johnson to the Court. Mr. Cornwell is scheduled to be released in August of this year.

                                                       Respectfully submitted,

                                                       */s/ Lonita K. Baker*
                                                       Lonita K. Baker
                                                       Lonita.baker@gmail.com
                                                       *Guardian Ad Litem for Plaintiff*

## CERTIFICATE OF SERVICE

     I hereby certify that on June 11, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will automatically send copies counsel of record.

                                                       */s/ Lonita K. Baker*
                                                       *Guardian Ad Litem for Plaintiff*