**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO. 3:21-CV-00270-DJH-CHL**

**ADAM CORNWELL,**                                                                              **Plaintiff,**

**v.**

**UNKNOWN OFFICERS AT KENTUCKY**
**STATE REFORMATORY,**                                                                      **Defendants.**

**ORDER**

The undersigned held a telephonic status conference in this matter on January 5, 2023. Neither Plaintiff Adam Cornwell nor his guardian ad litem, Lonita K. Baker, was present for the call. Allison Rene Brown participated on behalf of the Defendants.

As set forth in the Court's December 6, 2022, order setting today's call, this call was set because of Cornwell's failure to comply with at least two previous orders from the Court directing him to file a statement with the Court as to whether Cornwell intends to pursue a cause of action against the Commonwealth at this time and whether in doing so he will be represented by counsel or proceed *pro se*. (DN 31.) At the Court's last telephonic status conference on August 18, 2022, the Court warned Cornwell that he needed to keep in communication with his guardian ad litem. (DN 28.) The Court also warned Cornwell of the need for him to comply with Court orders, including making filings directed by the Court and appearing for conferences set by the Court. (*Id.*) The Court also advised Cornwell that he had a duty to keep a current address on file with the Clerk's Office. (*Id.*) The Court cautioned Cornwell that failure to do any of these things could result in his case being dismissed. (*Id.*)

As of today's date, Cornwell has failed to comply with three orders from the Court: (1) the Court's August 23, 2022, Order directing him to file the statement referenced above on or before

October 17, 2022, (DN 28); (2) the Court's November 1, 2022, order noting his failure to comply with the prior order and directing him to file the statement referenced above no later than November 10, 2022, (DN 29); and (3) the Court's December 6, 2022, order directing him to appear for today's conference (DN 31).  As the Court has emphasized previously, this action cannot proceed without Cornwell's participation.  While the Court notes that both its November 1, 2022, and December 6, 2022, orders were returned undeliverable as to attempts to serve them on Cornwell, given the Court's warning to Cornwell at the last telephonic status conference about a need to keep a current address on file with the Court, the Court does not view this service issue as mitigating Cornwell's duties.  (DNs 29, 30, 31, 32.)  The Court has no method of tracking down parties who do not keep current contact information on file with the Court, and if Cornwell had checked the docket or had contacted the Court at any time in the last several months, he would have been told of the need for him to take action.  He has not done so.

Given Cornwell's repeated failures to comply with this Court's orders, the Court is left with no option other than to order him to show cause for his prior failures to comply.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff Adam Cornwell shall **PERSONALLY APPEAR** before the Court on **January 20, 2023, at 10:00 AM ET** at the Gene Snyder United States Courthouse, 601 West Broadway, Louisville, Kentucky, 40202, to **SHOW CAUSE** for his failure to comply with the Court's August 23, 2022, order (DN 28); November 1, 2022, order (DN 29); and December 6, 2022, order (DN 31).  Cornwell is warned that failure to appear at this hearing **WILL RESULT** in the issuance of a recommendation by the undersigned that Cornwell's case be dismissed.  Cornwell's guardian ad litem and counsel for Defendants may appear

telephonically at that hearing and if they wish to do so must provide a telephone number at which they can be reached at the time of the hearing to the undersigned's Case Manager, Theresa Burch, via e-mail to theresa_burch@kywd.uscourts.gov no later than forty-eight hours prior the hearing.

Colin H Lindsay, Magistrate Judge
United States District Court

cc:  Counsel of record, *Pro se* Plaintiff (via certified mail)

0|5     January 5, 2023